USDC SCAN INDEX SHEET
Case 3:00-cv-02268-WQH-AJB   Document 52   Filed 12/12/02   Page 1 of 2










JAH    12/12/02    16:14
3:00-CV-02268    SAFARI LAND LTD INC V. HELLWEG INTL PTY LTD
*52*
*O.*

FILED
02 DEC 12 PM 3:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI LAND LTD., INC., <br><br> Plaintiff, <br><br> vs. <br><br> HELLWEG INTERNATIONAL, PTY. LTD. OF AUSTRALIA, and HELLWEG AMERICA'S LAW ENFORCEMENT SALES, INC., <br><br> Defendant | CASE NO. 00-CV-2268-IEG (AJB) <br><br> **ORDER CONTINUING HEARING DATE** |

Good cause appearing, the hearing date on plaintiff's motion for summary judgment, currently scheduled for December 16, 2002, is hereby **CONTINUED** to **Tuesday, January 21, 2003, at 10:30 A.M.**

**IT IS SO ORDERED.**

DATED: Dec. 12, 2002

IRMA E. GONZALEZ, Judge
United States District Court

cc: Magistrate Judge Anthony J. Battaglia
All Parties

1

00CV2268